■ NEW YORK TELEPHONE COMPANY, Plaintiff, v. CITY SCHOOL DISTRICT OF THE CITY OF BINGHAMTON et al., Defendants.—

584

P. J., Coon,
Herlihy, Reynolds and Taylor, JJ., concur.